**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 1:02cr00060-001 |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANTHONY HOWARD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter came before the Court on February 22, 2011, for final hearing and sentencing on defendant's violations of conditions of supervised release. This case was earlier referred to Magistrate Judge Baughman who issued a Report and Recommendation on February 7, 2011, which included a recommendation as to punishment. No written objections were filed to the Report and Recommendation and counsel for the parties confirmed in open Court that neither plaintiff nor defendant objected to either the Report and Recommendation or the proposed punishment.

The Court, without objection, adopted the Report and Recommendation of the Magistrate Judge and defendant was sentenced to:

    1) placement in a residential treatment program for a minimum of 30 days during which time defendant shall undergo treatment for alcohol dependency;

    2) upon completion of the residential treatment program defendant

shall be placed on location monitoring program with an alcohol sensor for a 4 month period;

3) upon successful completion of the 4 month period of location monitoring, defendant shall continue to wear the alcohol sensor for an additional 3 months to monitor any alcohol usage;

4) other than as noted above the Court reimposes the earlier conditions of supervised release.

Defendant is remanded to the custody of the U.S. Marshal pending transport to the residential treatment program on or about February 23, 2011.

**IT IS SO ORDERED.**


Dated: February 22, 2011          *s/    James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE